UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE PLANE EXCHANGE, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>PAUL FRANCOIS,<br><br>            Defendant. | ORDER<br><br><br>CIV. NO. 2:14-784 WBS KJN |
| PAUL FRANCOIS,<br><br>            Plaintiff,<br><br>    v.<br><br>CRAIG VINCENT,<br><br>            Defendant. | <br><br><br>CIV. NO. 2:14-1517 KJM AC |

----oo0oo----

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) because the actions involve a common party and appear to

1

1  involve the same transaction.  Accordingly, the assignment of the
2  matters to the same judge is likely to effect a substantial
3  saving of judicial effort and is also likely to be convenient for
4  the parties.
5         The parties should be aware that relating the cases
6  under Local Rule 123 merely has the result that both actions are
7  assigned to the same judge; no consolidation of the actions is
8  effected.  Under the regular practice of this court, related
9  cases are generally assigned to the judge to whom the first filed
10 action was assigned.
11        IT IS THEREFORE ORDERED that the actions denominated
12 <u>Plane Exchange v. Francois</u>, Civ. No. 2:14-784 WBS KJN, and
13 <u>Francois v. Vincent</u>, Civ. No. 2:14-1517 KJM AC, be, and the same
14 hereby are, deemed related and the case denominated <u>Francois v.
15 Vincent</u>, Civ. No. 2:14-1517 KJM AC, shall be reassigned to the
16 Honorable William B. Shubb and Magistrate Judge Kendall J.
17 Newman.  All dates currently set in the reassigned case only are
18 hereby VACATED.  Henceforth, the caption on documents filed in
19 the reassigned case shall be shown as <u>Francois v. Vincent</u>, Civ.
20 No. 2:14-1517 WBS KJN.
21        IT IS FURTHER ORDERED that the Clerk of the Court make
22 appropriate adjustment in the assignment of civil cases to
23 compensate for this reassignment.
24 Dated:  July 7, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2