1  GLENN W. PETERSON, ESQ. (SBN 126173)
   **MILLSTONE PETERSON & WATTS, LLP**
2  *Attorneys at Law*
3  2267 Lava Ridge Court, Suite 210
   Roseville, CA 95661
4  Telephone No: (916) 780-8222
   Fax No: (916) 780-8775
5

6  Attorneys for Plaintiff/Counter-Defendant *The Plane Exchange, Inc.*
   And Defendant *Craig Vincent*

7  **BOUTIN JONES INC.**
   Michael E. Chase, SBN 214506
8  Bashar S. Ahmad, SBN 258619
   555 Capitol Mall, Suite 1500
9  Sacramento, CA 95814-4603
   Telephone: (916) 321-4444
10 Facsimile: (916) 441-7597

11 Attorneys for Defendant and Counter-Claimant *Paul Francois*

12

13                   **UNITED STATES DISTRICT COURT**

14                   **EASTERN DISTRICT OF CALIFORNIA**

15

16 THE PLANE EXCHANGE, INC.            )   Case No.  2:14-CV-00784-WBS-KJN
                                       )
17              Plaintiff,             )   **[PROPOSED] ORDER CONTINUING
                                       )   DEADLINE TO COMPLETE
18      vs.                            )   DISCOVERY**
                                       )
19 PAUL FRANCOIS, a natural person     )
                                       )
20              Defendant.             )
                                       )
21                                     )
   PAUL FRANCOIS,                      )
22                                     )
                                       )
23              Counter-claimant,      )
        vs.                            )
24                                     )
   THE PLANE EXCHANGE, INC., a California )
25 corporation                         )
                                       )
26              Counter-defendant.     )
                                       )
27                                     )
                                       )
28                                     )



[PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE DISCOVERY

| | |
|---|---|
| PAUL FRANCOIS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CRAIG VINCENT | ) |
| Defendant. | ) |

Based on the Parties' Joint Stipulation to Continue Discovery Completion Date, and good cause appearing, IT IS ORDERED that the Order Consolidating Cases and Amended Scheduling Order dated July 18, 2014 (Doc. 13) shall be amended to state that discovery shall be completed in this matter by January 31, 2015.

IT IS SO ORDERED.

Dated:  December 16, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE