1  **BOUTIN JONES INC.**
    Michael E. Chase, SBN 214506
2   Bashar S. Ahmad, SBN 258619
    555 Capitol Mall, Suite 1500
3   Sacramento, CA 95814-4603
    Telephone: (916) 321-4444
4   Facsimile: (916) 441-7597

5  Attorneys for Defendant and Counter-Claimant *Paul Francois*

6  GLENN W. PETERSON, ESQ. (SBN 126173)
   **MILLSTONE PETERSON & WATTS, LLP**
7  *Attorneys at Law*
   2267 Lava Ridge Court, Suite 210
8  Roseville, CA 95661
   Telephone No: (916) 780-8222
9  Fax No: (916) 780-8775

10
11 Attorneys for Plaintiff/Counter-Defendant *The Plane Exchange, Inc.*

12

13                    **UNITED STATES DISTRICT COURT**

14                    **EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| THE PLANE EXCHANGE, INC. | Case No. 2:14-CV-00784-WBS-KJN |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS** |
| vs. | |
| PAUL FRANCOIS, a natural person | |
| Defendant. | |
| PAUL FRANCOIS, | |
| Counter-claimant, | |
| vs. | |
| THE PLANE EXCHANGE, INC., a California corporation | |
| Counter-defendant. | |



|   |   |
|---|---|
| PAUL FRANCOIS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CRAIG VINCENT | ) |
| Defendant. | ) |

Plaintiff/Counter-Defendant The Plane Exchange, Inc. ("TPX"), and Defendant/Counter-Claimant Paul Francois ("Francois"), the non-bankrupt parties in this consolidated action, by and through their undersigned counsel of record, hereby stipulate as follows and propose that the Court enter an order consistent with its terms present.

## RECITALS

**WHEREAS**, on Thursday, January 15, 2015, the undersigned counsel for TPX discovered that Defendant Craig Vincent ("Vincent") commenced a voluntary Chapter 13 Bankruptcy proceeding on or about November 26, 2014. A notice of automatic stay was filed by TPX's counsel earlier today (Doc. 20).

**WHEREAS**, although Vincent's petition was filed in November, neither TPX's counsel nor counsel for Francois was notified. Vincent's Bankruptcy was discovered immediately prior to commencement of Mr. Vincent's deposition. So as to avoid any arguable violations of the automatic stay, counsel mutually agreed to suspend Vincent's examination, both individually and as a PMK on behalf of TPX.

**WHEREAS**, since then, counsel have met and conferred over the impact of Vincent's bankruptcy on this case, and both sides agree that this action is undoubtedly stayed as to Vincent. However, Francois is not prepared at this point to dismiss Vincent, at least without further investigation into obtaining relief from stay, and related matters.

**WHEREAS**, Counsel also agree that this unexpected development materially alters the settlement landscape of this case, and desire to reevaluate settlement scenarios in light of it.

**NOW, THEREFORE**, for the foregoing reasons, TPX and Francois stipulate that it is in the interests of all concerned and will promote judicial economy to stay this case in its entirety as set forth below, or on such other terms as the Court may order:

1. This case shall be stayed and all associated dates (both pretrial and trial dates) vacated. The stay shall remain in effect for a period of 90 days.

2. Within the 90-day stay period, TPX and Francois shall meet and confer in good faith to explore settlement. Counsel for Francois shall determine whether they will seek relief from Vincent's bankruptcy stay and file a motion to do so.

3. Should the case be resolved, the parties will notify the Court promptly by filing appropriate dispositional documents.

4. Should the case not resolve, the parties shall file a joint status report on or before April 30, 2015, and advise the Court as to the status of the case. In the joint status report, the parties shall propose a date for a further joint status/scheduling conference.

5. The Court may enter an order upon this stipulation.

DATED: January 21, 2015                BOUTIN JONES INC.

                                       By:      /s/BASHAR AHMAD
                                                BASHAR AHMAD
                                         (AUTHORIZED ON JANUARY 21, 2015)

                                       Attorneys for Defendant and Counter-Claimant *Paul Francois*

DATED: January 21, 2015                **MILLSTONE PETERSON & WATTS, LLP**
                                       *Attorneys at Law*

                                       By:      /s/GLENN W. PETERSON
                                                GLENN W. PETERSON

                                       Attorneys for Plaintiff/Counter-Defendant *The Plane Exchange, Inc.*

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP,** *Attorneys at Law*
/s/ Glenn W. Peterson

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:  January 23, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE