MICHAEL E. CHASE, SBN 214506
BASHAR S. AHMAD, SBN 258619
**BOUTIN JONES INC.**
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 321-4444
Facsimile:  (916) 441-7597
Attorneys for Paul Francois

GLENN W. PETERSON, SBN 126173
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Facsimile: (916) 780-8775

Attorneys for The Plane Exchange, Inc. and Craig Vincent

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PLANE EXCHANGE, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>PAUL FRANCOIS, a natural person<br><br>            Defendant.<br>_____<br>PAUL FRANCOIS,<br><br>            Counter-claimant,<br><br>    vs.<br><br>THE PLANE EXCHANGE, INC., a California corporation,<br><br>            Counter-defendant<br>_____<br>PAUL FRANCOIS,<br><br>            Plaintiff,<br><br>    vs.<br><br>CRAIG VINCENT<br><br>            Defendant. | **Case No.: 2:14-CV-00784-WBS-KJN**<br><br>~~**PROPOSED**~~ **ORDER TO EXTEND STAY** |

**After full consideration of the Stipulation to Extend Stay, IT IS HEREBY ORDERED:**

1. This case shall remain stayed and all associated dates (both pretrial and trial dates) vacated. The stay shall remain in effect for a period of 30 days, from the end of the current stay period ending on April 30, 2015.

2. Within the extended stay period, the TPX Parties and Francois shall meet and confer in good faith to explore settlement and resolution of this dispute.

3. Should the case be resolved, the parties will notify the Court promptly by filing appropriate dispositional documents.

4. Should the case not resolve, the parties shall file a joint status report on or before June 15, 2015, or such other date that the Court specifies, and advise the Court as to the status of the case. In the joint status report, the parties shall propose a date for a further joint status/scheduling conference.

**GOOD CAUSE APPEARING, IT IS SO ORDERED.** The Court sets a Status Conference for **July 20, 2015 at 2:00 p.m.** A Joint Status Report shall be filed no later than **July 6, 2015**.

Dated:  May 1, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE