**BOUTIN JONES INC.**
Michael E. Chase, SBN 214506
Bashar S. Ahmad, SBN 258619
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile: (916) 441-7597

Attorneys for Paul Francois

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PLANE EXCHANGE, INC., | **Case No.: 2:14-cv-00784-WBS-KJN** |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| PAUL FRANCOIS, a natural person, | |
| Defendant. | |
| | **Trial Date: March 15, 2016** |
| | **Date Action Filed:  March 26, 2014** |
| And Related Counterclaims | |
| PAUL FRANCOIS, | |
| Plaintiff, | **Case No.: 2:14-cv-01517-WBS-KJN** |
| vs. | |
| CRAIG VINCENT, | |
| Defendant. | |

JUDGMENT                                                                 761666.1

Pursuant to the agreement of the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered against Plaintiff and Counterdefendant The Plane Exchange, Inc. ("TPX") and in favor of Defendant and Counterclaimant Paul Francois ("Francois") in the sum of $109,000.00.  This amount shall be payable to Francois pursuant to the payment schedule set forth in paragraph 2 of the Settlement Agreement and Mutual General Release ("Agreement"), a copy of which is attached hereto as Exhibit A.

As long as TPX is not in default of the Agreement, including but not limited to its obligations under paragraphs 2 and 4 of the Agreement, Francois shall not collect on this Judgment. If and when TPX is in default of any provision of the Agreement, the entire amount of the Judgment is immediately due and payable and Francois may proceed to collect on the Judgment.  Francois' other rights under the Agreement are preserved and Francois may proceed to enforce those rights as well.

**IT IS SO ORDERED**

Dated:  January 28, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE